# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2018**

SEAN F. McAVOY, CLERK

JADE WILCOX,

*Plaintiff*

v.

JOHN BATISTE and JOHN DOES 1-300

*Defendant*

Civil Action No. 2:17-cv-00122-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 35, is GRANTED. Ms. Wilcox's claims against Chief Batiste in his official and personal capacities are DISMISSED with prejudice. Ms. Wilcox's claims against the 300 John Does are DISMISSED without prejudice. Judgment entered in favor of Defendants. Upon entry of judgment, the Preliminary Injunction imposed by this Court, ECF No. 14 is DISSOLVED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Summary Judgment (ECF No. 35)

Date: 12/21/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates